UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00516-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MONTGOMERY CHITTY,

    Defendant.

---

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

---

THIS MATTER comes before the Court on the United States' Motion to Disclose Grand Jury Material (Motion) **(#14)** filed March 27, 2012. Under specified conditions to the attorney for the Defendant pursuant to Fed.R.Crim.P. 6(e)(3)(E)(l),

**IT IS ORDERED** that the Motion is **GRANTED**. Copies of the transcript of testimony given before the Grand Jury and other Grand Jury materials may be disclosed to the attorney for the Defendant for preparation for trial. It is

**FURTHER ORDERED** that any disclosed copies of Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorney for the Defendant.

DATED this 28th day of March, 2012.

                                BY THE COURT:

                                */s/ Marcia S. Krieger*

                                Marcia S. Krieger
                                United States District Judge